Opinion issued May 30, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01084-CV

____________


PAMELA LEWIS, Appellant


V.


HOUSING AUTHORITY OF THE CITY OF HOUSTON, Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 77093






MEMORANDUM OPINION

 On January 21, 2003, we ordered that unless, within 30 days of the date of the
order, appellant filed her brief and a reasonable explanation for failure to timely file
her brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has not responded.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.